COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-17-00316-CV

Style:        Wes Gilbreath, Jr., Stacey Gilbreath Powell, Elliot Gilbreath, and Mark

Ritter; SignAd, Ltd., SignAd GP, LLC, Ben Nevis West, Ltd., Culcreuch

West, LLC, Big Signs & Leasing #1, Ltd., Big Signs & Leasing #2, Ltd.,

Big Signs & Leasing #3, Ltd., Big Signs & Leasing #4, Ltd., Big Signs &

Leasing #5, Ltd., Big Signs & Leasing #6, Ltd., Big Eastex #1, Ltd.,

Realty Acquisitions & Holdings, LLC, and Big Leasing, LLC v. Lisa R.

Gilbreath Horan, Individually and as Trustee of the Lisa Gilbreath Horan

2001 Irrevocable Trust

Date motion filed*:        November 21, 2017

Type of motion:        Opposed Fourth Motion to Extend Time to File Appellants' Brief

Parties filing motion:        Company Appellant's Lead Counsel Lauren B. Harris and Individual

Appellants' Lead Counsel Kevin Dubose

Document to be filed:        Company and Individual Appellants' Briefs

Is appeal accelerated?        No.

If motion to extend time:
    Original due date:        September 1, 2017
    Number of extensions granted:        3        Current Due Date:  December 1, 2017
    Date Requested:        December 31, 2017 (121 days from original deadline)

Ordered that motion is:
    ☑ Granted
        If document is to be filed, document due:  January 2, 2018.
        ☑        No further extensions of time will be granted.
    ☐ Denied
    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
    ☑ Other: _____
    Because appellants' fourth extension provides extraordinary reasons, including company
    appellants' lead counsel's illness, this extension is **granted until January 2, 2018, but no**
    **further extensions will be granted**.  *See* TEX. R. APP. P. 4.1(a), 10.5(b)(1)(C), 38.6(d).

Judge's signature: /s/ Laura C. Higley
                        ☑ Acting individually        ☐ Acting for the Court
Date: November 28, 2017

November 7, 2008 Revision